# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **LONG CORNER CONSUMER ELECTRONICS LLC,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**ARCHOS, INC.,**<br><br>　　　　　Defendant. | Case No. 2:14-cv-00352-JRG<br><br>**CONSOLIDATED CASE**<br>**LEAD CASE** |
| **LONG CORNER CONSUMER ELECTRONICS LLC,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**BEST BUY PURCHASING, LLC D/B/A INSIGNIA PRODUCTS,**<br><br>　　　　　Defendant. | Case No. 2:14-cv-00353-JRG<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF LONG CORNER CONSUMER ELECTRONICS LLC AND DEFENDANT BEST BUY PURCHASING, LLC D/B/A INSIGNIA PRODUCTS

On this day the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff Long Corner Consumer Electronics LLC ("Long Corner") and Defendant Best Buy Purchasing, LLC d/b/a Insignia Products ("Best Buy"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Long Corner against Best Buy are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 24th day of June, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

Case 2:14-cv-00353-JRG   Document 10   Filed 06/24/14   Page 2 of 2 PageID #:  40